**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF HAWAII**

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>vs.<br><br>UNICLUBS INCORPORATED d/b/a THE VARSITY, and MICHAEL D. POWELL,<br><br>Defendants. | CIVIL NO. 11-00647 SOM KSC<br><br>FINDINGS AND RECOMMENDATION<br><br>Hrg date: 6/01/2012<br>   Time: 9:30 a.m.<br>  Judge: Kevin S.C. Chang<br><br>Trial Date: Not Assigned |

**FINDINGS AND RECOMMENDATION**

On June 1, 2012, this Court heard Plaintiff's Motion for Default Judgment, filed April 21, 2012. Dan S. Ikehara, Esq., appeared by telephone on behalf of Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA. No other appearances were made, and neither Plaintiff's counsel nor the Court received any response from any defendant.

The Court, having reviewed and considered the Motion, Memorandum of Points and Authorities in Support of Plaintiff's Motion for Default Judgment, oral argument presented by counsel, and the record herein, and being

fully advised in the premises and for good cause appearing, finds and recommends as follows:

1. The Clerk's Entry of Default against Defendants UNICLUBS INCORPORATED d/b/a THE VARSITY and MICHAEL D. POWELL was entered on January 4, 2012.

2. There was no appearance, no objection and no opposition by any Defendant to Plaintiff's Motion for Default Judgment against UNICLUBS INCORPORATED d/b/a THE VARSITY and MICHAEL D. POWELL.

3. Based upon Plaintiff's exhibits, affidavits, declaration and memorandum, the Court awards to Plaintiff **$1,000** in statutory damages, and **$5,000** in enhance damages to pursuant to 47 U.S.C. Section 605(e)(3)(c).

4. The Court also awards to Plaintiff, attorney's fees and costs in the amount of fees of $2,161.25, GET of $97.26 and costs of $464.71, for a total fees and costs of **$2,723.22,** pursuant to 47 U.S.C. Section 605(e)(3)(B)(iii).

In accordance with the foregoing, this Court FINDS and RECOMMENDS that Plaintiff's Motion for Default Judgment be GRANTED, and awards statutory damages of **$6,000.00**, and attorney's fees and costs of **$2,723.22**, for a total of **$8,723.22** and Default Judgment shall so enter against Defendant UNICLUBS INCORPORATED d/b/a THE VARSITY and MICHAEL D. POWELL.

IT IS SO FOUND AND RECOMMENDED.

DATED:  Honolulu, Hawai`i,  June 12, 2012.



_____
Kevin S.C. Chang
United States Magistrate Judge