IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., DBA INTEGRATED SPORTS MEDIA, | ) ) ) ) | CV 11-00647 SOM-KSC |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| UNICLUBS INCORPORATED DBA THE VARSITY; MICHAEL D. POWELL, | ) ) ) ) | |
| Defendants. | ) ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on June 12, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendations " are adopted as the opinion and order of this Court.

APPROVED AND SO ORDERED.

DATED: Honolulu, Hawaii, July 18, 2012.



/s/ Susan Oki Mollway
Susan Oki Mollway
Chief United States District Judge